SWAN ANDERSON, APPELLEE, V. PETER CARLSON, APPELLANT.

FILED JANUARY 5, 1910. No. 15,881.

Appeal: DISMISSAL. In order to give the supreme court jurisdiction of a cause on appeal from the district court, it must appear from the record that a judgment and final order was entered by the court from which the appeal is taken. When such judgment is not shown, the appeal will be dismissed as having been prematurely taken.

APPEAL from the district court for Cedar county: GUY T. GRAVES, JUDGE. *Appeal dismissed.*

*Wilbur F. Bryant* and *Peter H. Peterson,* for appellant.

*R. J. Millard, contra.*

PER CURIAM.

This was an action of forcible entry and detainer, instituted in the county court of Cedar county. The cause was appealed to the district court, and a jury trial was there had, which resulted in a verdict finding the defendant guilty. The record fails to show that any judgment was rendered thereon, or any final order of any kind entered. This being the state of the record, there is nothing upon which this court can act. The appeal is therefore dismissed as prematurely taken.

DISMISSED.